David A. Ward (DAW 7669)
MANDELBAUM, SALSBURG, GOLD,
LAZRIS & DISCENZA, P.C.
90 John Street, Suite 309
New York, New York 10038
(212) 791-7200
*Attorneys for plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants JOHN DOE(S) I-X and ABC COMPANY(IES) I-X, <br><br> Defendants. | CIV. NO. 07CV9324 (DAB)(KNF) <br><br> **NOTICE OF CHANGE OF ADDRESS** |

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for plaintiffs A-Del Construction Corp., Barry Baker and Harry Johnson

I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: DAW 7669

I will continue to be counsel of record on the above-entitled case at my new firm address: Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C., 155 Prospect Avenue, West Orange, New Jersey, 07052; Tel. No. (973)736-4600; Fax No. (973)736-4670; email dward@msgld.com

Dated:  October 26, 2007

            Respectfully submitted,
            MANDELBAUM, SALSBURG, GOLD,
            LAZRIS & DISCENZA, P.C.
            *Attorneys for Plaintiffs*

            <u>/s/ David A. Ward</u>
            David A. Ward (DAW 7669)