

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
Metropolitan Life Insurance Company
Metropolitan Securities, Inc., and
Pennsylvania Business Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON, | : : : | CIV NO. 1:07-09324-DAB<br><br>Civil Action |
| Plaintiffs, | : | **STIPULATION AND CONSENT ORDER EXTENDING TIME OF DEFENDANTS** |
| vs. | : | **METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN** |
| METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants, JOHN DOE(S) 1-X and ABC COMPANY(IES) 1-X, | : : : : : : : : | **SECURITIES, INC., AND PENNSYLVANIA BUSINESS GROUP TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |
| Defendants. | : | |

IT APPEARING THAT plaintiffs, A-Del Construction Corp., Barry J. Baker and Harry G. Johnson, through their counsel Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C., and Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, through their counsel McCarter & English LLP, consent, and good cause having been shown;

ME1 6995248v.1

It is on this __04__ day of __January__, 2007, ORDERED that Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, may answer, move or otherwise respond to Plaintiffs' complaint by January 23, 2008.

_____
Deborah A. Batts, United States District Judge

Consented to as to form and substance:

| | |
|---|---|
| MANDELBAUM, SALSBURG, GOLD LAZRIS & DISCENZA, P.C. <br> 90 John Street, Suite 309 <br> New York, New York  10038 <br> (212) 791-7200 <br> *Attorneys for Plaintiff* | McCARTER & ENGLISH, LLP <br> Four Gateway Center <br> 100 Mulberry Street <br> P.O. Box 652 <br> Newark, New Jersey 07101-0652 <br> (973) 622-4444 <br> *Attorneys for Defendants* |
| By:_____ <br> David A. Ward | By:_____ <br> Andrew O. Bunn <br> A Member of the Firm |

Dated:  December ___, 2007

-2-

ME1 6995248v.1