

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark. New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
Metropolitan Life Insurance Company
Metropolitan Securities, Inc., and
Pennsylvania Business Group

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON, | : | CIV NO. 1:07-09324-DAB |
| | : | Civil Action |
| Plaintiffs, | : | **STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME OF** |
| vs. | : | **DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY,** |
| METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN | : | **METROPOLITAN SECURITIES, INC., AND PENNSYLVANIA BUSINESS GROUP** |
| SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., | : | **TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |
| LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE | : | |
| FINANCIAL CORPORATION. DONALD NEUHAUS, AMERICAN FINANCIAL | : | |
| SERVICES, INC., fictitious defendants, JOHN DOE(S) 1-X and ABC COMPANY(IES) I-X, | : | |
| | : | |
| Defendants. | | |

IT APPEARING THAT plaintiffs, A-Del Construction Corp.. Barry J. Baker and Harry

G. Johnson, through their counsel Mandelbaum. Salsburg. Gold, Lazris & Discenza. P.C.. and

Defendants. Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and

Pennsylvania Business Group, through their counsel McCarter & English LLP. consent, and

good cause having been shown;

ME1 7069557v.1

It is on this ___ day of _January_ , 2008, ORDERED that Defendants, Metropolitan

Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, may

answer, move or otherwise respond to Plaintiffs' complaint by February 22, 2008.

_____
, J.

Consented to as to form and substance:

MANDELBAUM, SALSBURG, GOLD
LAZRIS & DISCENZA, P.C.
90 John Street, Suite 309
New York, New York 10038
(212) 791-7200
*Attorneys for Plaintiff*


By:_____

David A. Ward


Dated: January 25, 2008

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
*Attorneys for Defendants*

By:_____

Andrew O. Bunn
A Member of the Firm


SO ORDERED

_____
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

-2-

ME1 7069557v.1

It is on this ____ day of _____, 2008, ORDERED that Defendants, Metropolitan

Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, may

answer, move or otherwise respond to Plaintiffs' complaint by February 22, 2008.

_____

, J.

Consented to as to form and substance:

MANDELBAUM, SALSBURG, GOLD
LAZRIS & DISCENZA, P.C.
90 John Street, Suite 309
New York, New York 10038
(212) 791-7200
*Attorneys for Plaintiff*

By: _____
David A. Ward

Dated: January 15, 2008

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
*Attorneys for Defendants*

By: _____
Andrew O. Bunn
A Member of the Firm

-2-