| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF:        **LETTER, SUMMONS AND COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, CIVIL RICO STATEMENT,**
**ATTACHMENTS**
EFFECTED (1) BY ME:    **NICHOLAS JAVAS**
TITLE:            **PROCESS SERVER**                                  DATE: **12/04/2007  04:12PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

METROPOLITAN LIFE INS. CO.

Place where served:

27-01 QUEENS PLAZA NORTH   LONG ISLAND CITY NY 11101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MARK ALPERT

Relationship to defendant: GENERAL COUNSEL

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in
this Return of Service and Statement of Server is true and correct.

DATE: 12 / 4 / 20 07          _____ L.S.
                              SIGNATURE OF NICHOLAS JAVAS
                              GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083
                              1262021
                              2/28/08

12/4/2007

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:    DAVID A. WARD, ESQ.
PLAINTIFF:    A-DEL CONSTRUCTION CORP., ET AL
DEFENDANT:    METROPOLITAN LIFE INS. CO., ETAL
VENUE:        DISTRICT SDNY
DOCKET:        07 CIV 9324

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.