AO 440 (Rev. 10/93) Summons in a Civil Action      **RETURN OF SERVICE**

SERVICE OF:      LETTER, SUMMONS AND COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, CIVIL RICO STATEMENT, ATTACHMENTS
EFFECTED (1) BY ME:   **NICHOLAS JAVAS**
TITLE:   **PROCESS SERVER**                          DATE: **12/04/2007  04:23PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

METROPOLITAN SECURITIES INC.

Place where served:

27-01 QUEENS PLAZA NORTH   LONG ISLAND CITY NY 11101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MARK ALPERT

Relationship to defendant: GENERAL COUNSEL

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ ____.___      SERVICES $ ____.___      TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12/4/20 07           _____ L.S.          12/04/2007
                           SIGNATURE OF NICHOLAS JAVAS
                           GUARANTEED SUBPOENA SERVICE, INC.       Janira S. Velez
                           2009 MORRIS AVENUE
                           UNION, NJ 07083                         JANIRA SANTIAGO VELEZ
                                    126202/                        NOTARY PUBLIC OF NEW JERSEY
                                    2/28/08                        My Commission Expires April 24, 2012

ATTORNEY:   DAVID A. WARD, ESQ.
PLAINTIFF:  A-DEL CONSTRUCTION CORP., ET AL
DEFENDANT:  METROPOLITAN LIFE INS. CO., ETAL
VENUE:      DISTRICT SDNY
DOCKET:     07 CIV 9324

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SR