AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | LETTER, SUMMONS AND COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, CIVIL RICO STATEMENT, ATTACHMENTS |
| EFFECTED (1) BY ME: | JOHN PALMIERI |
| TITLE: | PROCESS SERVER    DATE: 11/30/2007  01:44PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

PENNSYLVANIA BUSINESS GROUP

Place where served:

450 PLYMOUTH ROAD   PLYMOUTH MEETING PA 19462

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NICK MINGONE

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M__  AGE: 36-50__  HEIGHT: 5'9"-6'0"__  WEIGHT: OVER 200 LBS.__  SKIN: WHITE__  HAIR: BLACK__  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11/30/20 07    _____ L.S.
SIGNATURE OF JOHN PALMIERI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

11/30/07
ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

ATTORNEY: DAVID A. WARD, ESQ.
PLAINTIFF: A-DEL CONSTRUCTION CORP., ET AL
DEFENDANT: METROPOLITAN LIFE INS. CO., ETAL
VENUE: DISTRICT SDNY
DOCKET: 07 CIV 9324

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.