

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
Metropolitan Life Insurance Company
Metropolitan Securities, Inc., and
Pennsylvania Business Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON, | CIV NO. 1:07-09324-DAB |
| | Civil Action |
| Plaintiffs, | STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME OF DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., AND PENNSYLVANIA BUSINESS GROUP TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants, JOHN DOE(S) I-X and ABC COMPANY(IES) I-X, | |
| Defendants. | |

IT APPEARING THAT plaintiffs, A-Del Construction Corp., Barry J. Baker and Harry G. Johnson, through their counsel Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C., and Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, through their counsel McCarter & English LLP, consent, and good cause having been shown;

It is on this **03** day of **March**, 2008, ORDERED that Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, may answer, move or otherwise respond to Plaintiffs' complaint by March 24, 2008.

_____, J.

Consented to as to form and substance:

MANDELBAUM, SALSBURG, GOLD
LAZRIS & DISCENZA, P.C.
90 John Street, Suite 309
New York, New York 10038
(212) 791-7200
*Attorneys for Plaintiff*

By:_____
    David A. Ward

Dated: **March 3**, 2008

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
*Attorneys for Defendants*

By:_____
    Andrew O. Bunn
    A Member of the Firm

02/21/2008 14:31 FAX                                                            ☒003/003
FEB. 21. 2008 12:11PM    (973) 624-7070                              NO. 0038   P. 4

It is on this ___ day of _____, 2008, ORDERED that Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, may answer, move or otherwise respond to Plaintiffs' complaint by March 24, 2008.

_____, J.

Consented to as to form and substance:

| MANDELBAUM, SALSBURG, GOLD LAZRIS & DISCENZA, P.C. | McCARTER & ENGLISH, LLP |
|---|---|
| 90 John Street, Suite 309 | Four Gateway Center |
| New York, New York 10038 | 100 Mulberry Street |
| (212) 791-7200 | P.O. Box 652 |
| *Attorneys for Plaintiff* | Newark, New Jersey 07101-0652 |
| | (973) 622-4444 |
| | *Attorneys for Defendants* |
| By: /s/ David A. Ward | By: _____ |
| | Andrew O. Bunn |
| | A Member of the Firm |

Dated: February 21, 2008

-2-

02/21/2008 14:31 FAX
FEB. 21. 2008 12:11PM    (973) 624-7070                              NO. 0038   P. 4