**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
Metropolitan Life Insurance Company
Metropolitan Securities, Inc., and
Pennsylvania Business Group

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON, | : | CIV NO. 1:07-09324-DAB |
| | : | Civil Action |
| Plaintiffs, | : | |
| | : | STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME OF DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., AND PENNSYLVANIA BUSINESS GROUP TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT |
| vs. | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants, JOHN DOE(S) I-X and ABC COMPANY(IES) I-X, | : | |
| Defendants. | : | |

IT APPEARING THAT plaintiffs, A-Del Construction Corp., Barry J. Baker and Harry G. Johnson, through their counsel Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C., and Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, through their counsel McCarter & English LLP, consent, and good cause having been shown;

It is on this _21_ day of _March_, 2008, ORDERED that Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, may answer, move or otherwise respond to Plaintiffs' complaint by April 23, 2008.

_____, J.

Consented to as to form and substance:

| | |
|---|---|
| MANDELBAUM, SALSBURG, GOLD LAZRIS & DISCENZA, P.C. <br> 90 John Street, Suite 309 <br> New York, New York 10038 <br> (212) 791-7200 <br> *Attorneys for Plaintiff* | McCARTER & ENGLISH, LLP <br> Four Gateway Center <br> 100 Mulberry Street <br> P.O. Box 652 <br> Newark, New Jersey 07101-0652 <br> (973) 622-4444 <br> *Attorneys for Defendants* |
| By:_____ <br> David A. Ward | By: /s/ Andrew O. Bunn <br> Andrew O. Bunn <br> A Member of the Firm |

Dated: March _19_, 2008

SO ORDERED
/s/ Deborah A. Batts
_____
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

It is on this ____ day of _____, 2008, ORDERED that Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, may answer, move or otherwise respond to Plaintiffs' complaint by April 23, 2008.

_____, J.

Consented to as to form and substance:

| | |
|---|---|
| MANDELBAUM, SALSBURG, GOLD LAZRIS & DISCENZA, P.C. <br> 90 John Street, Suite 309 <br> New York, New York 10038 <br> (212) 791-7200 <br> *Attorneys for Plaintiff* <br><br> By: _____ <br> David A. Ward | McCARTER & ENGLISH, LLP <br> Four Gateway Center <br> 100 Mulberry Street <br> P.O. Box 652 <br> Newark, New Jersey 07101-0652 <br> (973) 622-4444 <br> *Attorneys for Defendants* <br><br> By: _____ <br> Andrew O. Bunn <br> A Member of the Firm |

Dated: March 19, 2008