McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
Metropolitan Life Insurance Company
Metropolitan Securities, Inc., and
Pennsylvania Business Group



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON, | : | CIV NO. 1:07-09324-DAB |
| | : | Civil Action |
| Plaintiffs, | : | STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME OF |
| vs. | : | DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY, |
| METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants, JOHN DOE(S) I-X and ABC COMPANY(IES) I-X, | : | METROPOLITAN SECURITIES, INC., AND PENNSYLVANIA BUSINESS GROUP TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT |
| Defendants. | : | |

IT APPEARING THAT plaintiffs, A-Del Construction Corp., Barry J. Baker and Harry G. Johnson, through their counsel Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C., and Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, through their counsel McCarter & English LLP, consent, and good cause having been shown;

ME1 7306468v.1

-2-

It is on this __1st__ day of __May__, 2008, ORDERED that Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, may answer, move or otherwise respond to Plaintiffs' complaint by May 23, 2008.

_____
Deborah A. Batts, U.S.D.J.

Consented to as to form and substance:

| MANDELBAUM, SALSBURG, GOLD LAZRIS & DISCENZA, P.C. | McCARTER & ENGLISH, LLP |
| 90 John Street, Suite 309 | Four Gateway Center |
| New York, New York 10038 | 100 Mulberry Street |
| (212) 791-7200 | P.O. Box 652 |
| *Attorneys for Plaintiff* | Newark, New Jersey 07101-0652 |
| | (973) 622-4444 |
| | *Attorneys for Defendants* |

By: _____  By: _____
    David A. Ward                    Andrew O. Bunn
                                     A Member of the Firm

Dated: April 22, 2008

It is on this ____ day of _____, 2008, ORDERED that Defendants, Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, may answer, move or otherwise respond to Plaintiffs' complaint by May 23, 2008.

_____, J.

Consented to as to form and substance:

| | |
|---|---|
| MANDELBAUM, SALSBURG, GOLD LAZRIS & DISCENZA, P.C.<br>90 John Street, Suite 309<br>New York, New York 10038<br>(212) 791-7200<br>*Attorneys for Plaintiff*<br><br>By: _____<br>David A. Ward | McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>P.O. Box 652<br>Newark, New Jersey 07101-0652<br>(973) 622-4444<br>*Attorneys for Defendants*<br><br>By: _____<br>Andrew O. Bunn<br>A Member of the Firm |

Dated: April 22, 2008

-2-

ME1 7306468v.1