David A. Ward (DAW 7669)
MANDELBAUM, SALSBURG, GOLD,
LAZRIS & DISCENZA, P.C.
90 John Street, Suite 309
New York, New York 10038
(212) 791-7200
*Attorneys for plaintiffs*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2008

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants JOHN DOE(S) I-X and ABC COMPANY(IES) I-X,<br><br>Defendants. | CIV. NO. 07cv9324<br><br>**ORDER EXTENDING TIME WITHIN WHICH PLAINTIFF MUST SERVE DEFENDANTS RICHARD WEZNER, PLR MANAGEMENT CO., LLC, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, DONALD NEUHAUS, and AMERICAN FINANCIAL SERVICES, INC.,** |

This matter having been presented to the Court on informal application of Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C., counsel for plaintiffs, seeking leave for additional time within which to serve the Summons and Complaint upon defendants Richard Wezner, United Group Programs, PLR Management Co., LLC, Medical Benefit Administrators, Donald F. Neuhaus and American Financial Services, Inc., and the Court having reviewed the matter, and for good cause shown, it is on this ____ day of _____, 2008 hereby:

ORDERED that plaintiffs' request is hereby granted and the time within which plaintiffs must serve defendants Richard Wezner, United Group Programs, PLR Management Co., LLC, Medical Benefit Administrators, Donald F. Neuhaus and American Financial Services, Inc. with the Summons and Complaint is hereby extended and plaintiffs shall, within 30 days of the date of this Order, file with the Court proof of service upon each of the above named defendants or a motion for leave for Court Ordered service or other relief in the event that personal service upon any such defendant has not been successful.

*Deborah A. Batts*
HONORABLE DEBORAH A. BATTS
USDJ, SDNY        5/27/08