**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
Metropolitan Life Insurance Company
Metropolitan Securities, Inc., and
Pennsylvania Business Group

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON, | : | CIV NO. 1:07-09324-DAB |
| | : | Civil Action |
| Plaintiffs, | : | |
| vs. | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants, JOHN DOE(S) I-X and ABC COMPANY(IES) I-X, | : | **CORPORATE DISCLOSURE STATEMENT AND STATEMENT OF FINANCIAL INTEREST** |
| Defendants. | : | |

**Instructions**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure any nongovernmental corporate party to an action before this Court must file a statement identifying all of its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.

Pursuant to Rule 7.1,                                   Metropolitan Life Insurance Company, Inc.
makes the following disclosure:                              (Name of Party)

ME1 7420355v.1

-2-

     1)  For non-governmental corporate parties please list all parent corporations:

MetLife, Inc.

     2)  For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock:

MetLife, Inc.

     3)  If there is a publicly held corporation which is not a party to the proceeding before this Court but which has as a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests:

MetLife, Inc.

| | |
|---|---|
| Pursuant to Rule 7.1, makes the following disclosure: | <u>MetLife Securities, Inc..</u><br>(Name of Party) |

     1)  For non-governmental corporate parties please list all parent corporations:

MetLife, Inc.

     2)  For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock:

MetLife, Inc.

     3)  If there is a publicly held corporation which is not a party to the proceeding before this Court but which has as a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests:

MetLife, Inc.


_____s/Andrew O. Bunn_____            Dated:___May 30, 2008_____
(Signature of Counsel or Party)

ME1 7420355v.1