UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON,

        Plaintiffs,

-against-

METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants JOHN DOE(S) I-X and ABC COMPANY(IES) I-X,

        Defendants.

CIV No. 1:07-09324-DAB

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant Manulife Financial Corporation ("Manulife"), through their respective counsel, subject to the approval of the Court, that Manulife's time to answer, move or otherwise respond to the Complaint, which is currently due on June 27, 2008, shall be extended up to and including July 28, 2008. This is Manulife's fourth request for an extension.

MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA, P.C.

By: _____
David A. Ward
90 John Street, Suite 309
New York, NY 10038
(212) 791-7200
Attorneys for Plaintiffs

KELLEY DRYE & WARREN LLP

By: _____
Neil M. Merkl
101 Park Avenue
New York, NY 10178
(212) 808-7800
Attorneys for Defendant

**SO ORDERED:**

_____
Deborah A. Batts, United States District Judge

NY01/DIAZD/1278180.2