Neil Merkl
Robert W. Schumacher
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Attorneys for Defendant
Manulife Financial Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON,<br><br>        Plaintiffs,<br><br>-against-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants JOHN DOE(S) I-X and ABC COMPANY(IES) I-X,<br><br>        Defendants. | CIVIL ACTION NUMBER: 07-CIV-9324<br><br>**Fed. R. Civ. P. 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Manulife Financial Corporation, a nongovernmental corporate party, certifies the following:

        1.      Manulife Financial Corporation, incorporated in Toronto, Canada, is a publicly-held corporation.

Dated: New York, New York
      July 28, 2008

KELLEY DRYE & WARREN LLP

By:  s/Neil Merkl
    Neil Merkl
    Robert W. Schumacher
    101 Park Avenue
    New York, NY 10178
    (212) 808-7800
    Attorneys for Defendant
    Manulife Financial Corporation