UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON, | Case No. 1:07-09324-DAB |
| Plaintiffs, | (ECF CASE) |
| vs. | STIPULATION AND [PROPOSED] ORDER |
| METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., and JOHN DOES(S) I-X, | |
| Defendants. | |

---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant Richard Wezner that Defendant Wezner may answer, move or otherwise respond to Plaintiffs' Complaint by August 25, 2008.

Dated: July 25, 2008

| | |
|---|---|
| MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA P.C. | SICHENZIA ROSS FRIEDMAN FERENCE LLP |
| By: _____ <br> David A. Ward Esq. (DW-7669) <br> 90 John Street, Suite 309 <br> New York, New York 10038 <br> (212) 791-7200 <br> Attorneys for Plaintiffs | By: _____ <br> Richard J. Babnick Jr., Esq. (RB-3374) <br> 61 Broadway, 32nd Floor <br> New York, New York 10006 <br> (212) 930-9700 <br> Attorneys for Defendant Richard Wezner |

So Ordered

_____
U.S.D.J.