# MANDELBAUM SALSBURG

**MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA, P.C.**

ATTORNEYS AT LAW
FOUNDED IN 1930

155 PROSPECT AVENUE
WEST ORANGE, NJ 07052-4204
TEL. (973) 736-4600   ·   FAX (973) 325-7467

UNION COUNTY OFFICE
75 ELIZABETH AVENUE
ELIZABETH, NJ 07206
TEL. (908) 353-6764   ·   FAX (908) 353-6780

MIDDLESEX COUNTY OFFICE
303 GEORGE STREET, SUITE 110
NEW BRUNSWICK, NJ 08901
TEL. (732) 628-0900   ·   FAX (732) 628-0920

MONMOUTH COUNTY OFFICE
119 MAPLE AVENUE
RED BANK, NJ 07701
TEL. (732) 933-1515   ·   FAX (732) 933-5551

FLORIDA OFFICE
TEL. (772) 460-6356   ·   FAX (772) 460-6357
E-Mail  rsteinberg_esq@yahoo.com

NEW YORK CITY OFFICE
90 JOHN STREET, SUITE 309
NEW YORK, NY 10038
TEL. (212) 791-7200   ·   FAX (212) 791-7276

Website  www.mandelbaumsalsburg.com
E-Mail   dward@mandelbaumsalsburg.com

ALL REPLIES TO    WEST ORANGE
REFERENCE FILE # 22256-001

IRVING MANDELBAUM (1906-1993)
BARRY R. MANDELBAUM
RICHARD M. SALSBURG[►]
AVROM J. GOLD
YALE I. LAZRIS
JOHN R. DUSINBERRE
JOSEPH J. DISCENZA+
BARRY M. PACKIN
JOSEPH A. VENA
LYNNE STROEBER ♦
OWEN T. HUGHES[2]
GARY S. YOUNG[1]
RICHARD L. SLAVITT[3]
CHARLES S. LORBER
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
ROBERT W. GLUCK
MICHAEL A. SAFFER[1]
STEVEN A. HOLT[1]
MARK F. KLUGER
WILLIAM H. HEALEY[▼]
CRAIG W. ALEXANDER[3]
WILLIAM S. BARRETT[7]
DENNIS J. ALESSI[7]
STUART GOLD[7]
CHERYL H. BURSTEIN[6]
ROBIN F. LEWIS[3]
JOSEPH J. PETERS
THOMAS W. ACKERMANN[5]
SHARON T. JACOBSON
DAVID S. CARTON

ALAN L. SUSSMAN[3]

RICHARD H. STEINBERG
RICHARD I. SIMON[3]
MICHAEL SCHLESINGER
JOSEPH T. MURRAY[▼]

– ASSOCIATES –

MANUEL R. GROVA, JR.
SAMUEL J. VACCHIANO
ARLA D. CAHILL[1]
ANDREA L. ALEXANDER[8]
STEPHANIE M. KOLB
PETER H. TANELLA
WHITNEY G. FISHER[3]
SHARMILA D. IAZZETTI[3]
DOOYONG KANG[4]

COUNSEL
[NICKI] ANNE SOKOL[4]
DONNA WARD[?]
OF COUNSEL
MARK BAUMGARTEN[?]
JEROME A. DEPPE[?]
CHARLES E. BAXLEY[▼]
JAMES F. BAXLEY

ALONA MAGIDOVA[3]
DEBORAH A. CONCEPCION
PAUL T. GREGORY[3]
LANCE N. OLITT[3]
OWEN J. LIPNICK[3]
PHILLIP G. RAY
LAUREN BETTMAN GERSHENGORN
AMY D. CRISCUOLO[3]
CHRISTOPHER M. ERB

♦ FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED TRIAL ATTORNEY
► COURT APPOINTED MEDIATOR          ▼ REGISTERED U.S. PATENT ATTORNEY
1 MEMBER OF NJ & PA BAR              5 MEMBER OF NJ, NY & CA BAR
2 MEMBER OF NJ & FL BAR             6 MEMBER OF NJ, NY & PA BAR
3 MEMBER OF NJ & NY BAR             7 MEMBER OF NJ, NY & D.C. BAR
4 MEMBER OF NJ & MA BAR             8 MEMBER OF IIL BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/29/08

July 25, 2008

**Federal Express**
Honorable Deborah A. Batts, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

RECEIVED
JUL 2 8 2008
CHAMBERS OF
DEBORAH A. BATTS

   Re: A-Del Construction Corp., et al
   vs: Metropolitan Life Insurance Company, et al
     Civ. No. 07 CIV 9324

Dear Judge Batts:

We write to advise the Court of the status of service upon all parties and their appearances in this matter. We have served the Summons and Complaint upon defendant Richard Wezner and the entities he controls (defendants United Group Programs, PLR Management Co., LLC, and Medical Benefit Administrators). We have been in contact with counsel who may be representing Wezner and his entities and we expect that they will be entering an appearance shortly. At that time, we will confer with Wezner's counsel to determine whether we can come to an agreement as to certain other procedural matters, including the claims against Manulife Financial Corporation and the claims against Donald F. Neuhaus and the entity that he controlled (defendant American Financial Services, Inc.). In order to permit Wezner's counsel the opportunity to enter an appearance and review our proposal, we respectfully request that the Court extend the time within which Manulife must answer or appear, so that we can work to resolve those claims and simplify this matter without Manulife incurring the expense of filing an answer or motion.

Honorable Deborah A. Batts
July 25, 2008
Page2

MEMO ENDORSED

We enclose a propose form of Order that will extend the time within which Manulife must answer or otherwise appear for 30 days. The Court has granted Manulife's requests for four previous extensions, which have been necessary to avoid the need to file a motion related to plaintiffs' claims. We expect that with this final extension, the parties will be able to resolve these issues and avoid unnecessary motion practice.

DAB/
Granted
07/29/08

Respectfully,

David A. Ward

Enclosure
cc:    Andrew O. Bunn, Esq. (by email)
       Neil Merkel, Esq. (by email)
       Robert Schumacher, Esq. (by email)

SO ORDERED

Deborah A. Batts

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

249582