```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 4, 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
A-DEL CONSTRUCTION CORP., BARRY       :   Case No. 1:07-09324-DAB
J. BAKER, and HARRY G. JOHNSON,       :
                                      :   (ECF CASE)
                      Plaintiffs,     :
                                      :   STIPULATION AND
       vs.                            :   [PROPOSED] ORDER
                                      :
METROPOLITAN LIFE INSURANCE           :
COMPANY, METROPOLITAN SECURITIES,     :
INC., RICHARD WEZNER, PLR             :
MANAGEMENT CO., LLC, PENNSYLVANIA     :
BUSINESS GROUP, UNITED GROUP          :
PROGRAMS, MEDICAL BENEFIT             :
ADMINISTRATORS, MANULIFE FINANCIAL    :
CORPORATION, DONALD NEUHAUS,          :
AMERICAN FINANCIAL SERVICES, INC.,    :
and JOHN DOES(S) I-X,                 :
                                      :
                      Defendants.     :
------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and

Defendant Richard Wezner that Defendant Wezner may answer, move or otherwise respond to

Plaintiffs' Complaint by August 25, 2008.

Dated: July 25, 2008

| | |
|---|---|
| MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA P.C. | SICHENZIA ROSS FRIEDMAN FERENCE LLP |
| By: _____ | By: _____ |
| David A. Ward Esq. (DW-7669) | Richard J. Babnick Jr., Esq. (RB-3374) |
| 90 John Street, Suite 309 | 61 Broadway, 32nd Floor |
| New York, New York 10038 | New York, New York 10006 |
| (212) 791-7200 | (212) 930-9700 |
| Attorneys for Plaintiffs | Attorneys for Defendant Richard Wezner |

So Ordered: *Deborah A. Batts*
_____
U.S.D.J.