**SICHENZIA ROSS FRIEDMAN FERENCE LLP**
Richard J. Babnick Jr., Esq. (RB-3374)
61 Broadway, 32nd Floor
New York, New York 10006
Attorneys for Defendant Richard Wezner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., and JOHN DOES(S) I-X,<br><br>Defendants. | Civ No. 1:07-09324-DAB<br><br>(ECF CASE)<br><br>**ANSWER TO CROSS-CLAIMS ASSERTED BY METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., AND PENNSYLVANIA BUSINESS GROUP** |

-----------------------------------------------------------x

Defendant Richard Wezner ("Defendant"), by and through his counsel, Sichenzia Ross Friedman Ference LLP, as and for his Answer to the Cross-Claims of Co-Defendants Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group (collectively, "Co-Defendants"), hereby states as follows:

**CROSS-CLAIMS FOR INDEMNIFICATION**

1. Defendant respectfully declines to respond to the allegations set forth in Co-Defendants' Cross-Claim for Indemnification on page 20 of their Answer on the grounds that it

may violate his constitutional rights pursuant to the Fifth Amendment to the United States Constitution and Article 1, Section 6 of the New York Constitution.

## CROSS-CLAIMS FOR CONTRIBUTION

2. Defendant respectfully declines to respond to the allegations set forth in Co-Defendants' Cross-Claims for Contribution on page 21 of their Answer on the grounds that it may violate his constitutional rights pursuant to the Fifth Amendment to the United States Constitution and Article 1, Section 6 of the New York Constitution.

**WHEREFORE**, Defendant demands judgment:

1. Dismissing the Cross-Claims, with prejudice; and

2. Such other relief as this Court may deem just and proper.

Dated: August 21, 2008

Respectfully submitted,

Richard J. Babnick, Jr., Esq. (RB-3374)
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700

Attorneys for Defendant Richard Wezner

**SICHENZIA ROSS FRIEDMAN FERENCE LLP**
Richard J. Babnick Jr., Esq. (RB-3374)
61 Broadway, 32nd Floor
New York, New York 10006
Attorneys for Defendant Richard Wezner


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
A-DEL CONSTRUCTION CORP., BARRY     :   Civ No. 1:07-09324-DAB
J. BAKER, and HARRY G. JOHNSON,     :
                                    :   **(ECF CASE)**
                  Plaintiffs,       :
                                    :   **AFFIRMATION OF**
       vs.                          :   **SERVICE**
                                    :
METROPOLITAN LIFE INSURANCE         :
COMPANY, METROPOLITAN SECURITIES,   :
INC., RICHARD WEZNER, PLR           :
MANAGEMENT CO., LLC, PENNSYLVANIA   :
BUSINESS GROUP, UNITED GROUP        :
PROGRAMS, MEDICAL BENEFIT           :
ADMINISTRATORS, MANULIFE FINANCIAL  :
CORPORATION, DONALD NEUHAUS,        :
AMERICAN FINANCIAL SERVICES, INC.,  :
and JOHN DOES(S) I-X,               :
                                    :
                  Defendants.       :
-----------------------------------------------------------------x

RICHARD J. BABNICK JR, an attorney duly admitted to the practice of law before the Courts of the State of New York, hereby affirms under the penalties of perjury that: I am not a party to the action, am over 18 years of age and reside in Clifton, New Jersey. On August 21, 2008, I caused to be served a copy of Defendant Richard Wezner's Answer to the Complaint and Answer to the Cross-Claims of Co-Defendants Metropolitan Life Insurance Company, Metropolitan Securities, Inc., and Pennsylvania Business Group, by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service

within the State of New York to the following Counsel that have appeared in the case:

David A. Ward, Esq.
Mandelbaum, Salsburg, Gold, Lazris & DiScenza, P.C.
155 Prospect Avenue
West Orange, New Jersey 07052-4204

Andrew O. Bunn, Esq.
McCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, New York 10167

Neil Matthew Merkl, Esq.
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York 10178

Dated: August 21, 2008

_____
RICHARD J. BABNICK JR. (RB-3374)