USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/09

David A. Ward (DAW 7669)
MANDELBAUM, SALSBURG, GOLD,
LAZRIS & DISCENZA, P.C.
90 John Street, Suite 309
New York, New York 10038
(212) 791-7200
*Attorneys for plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A-DEL CONSTRUCTION CORP., BARRY J. BAKER, and HARRY G. JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN SECURITIES, INC., RICHARD WEZNER, PLR MANAGEMENT CO., LLC, PENNSYLVANIA BUSINESS GROUP, UNITED GROUP PROGRAMS, MEDICAL BENEFIT ADMINISTRATORS, MANULIFE FINANCIAL CORPORATION, DONALD NEUHAUS, AMERICAN FINANCIAL SERVICES, INC., fictitious defendants JOHN DOE(S) I-X and ABC COMPANY(IES) I-X,<br><br>Defendants. | CIV. NO. 07cv9324<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT ADDING FELICIA FREEDMAN WEZNER AS A DEFENDANT** |

This matter having been presented to the Court on informal application of Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C., counsel for plaintiffs, seeking leave to file an Amended Complaint to add Felicia Freedman Wezner as a defendant in this matter, in the form as annexed as Exhibit C to the Declaration of David A. Ward.., and the Court having reviewed the Declaration of David A. Ward, sworn to on April 29, 2009, and the Memorandum of Law Submitted herewith, and for good cause shown, it is on this **27th** day of **May**, 2009 hereby:

ORDERED that plaintiffs' request is hereby granted and plaintiffs may file an Amended Complaint in the form as annexed as Exhibit C to the accompanying Declaration of David A. Ward within ten days of the date of this Order.

*Deborah A. Batts*
HONORABLE DEBORAH A. BATTS
USDJ, SDNY